**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X

**MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,**

                                                      **Case No. 2:22-cv-7490**

                  **Plaintiff**

**-against-**                                          **NOTICE OF VOLUNTARY DISMISSAL**
                                                          **WITH PREJUDICE**

**D'ADDARIO & COMPANY, INC..**

                                          **Defendant**
------------------------------------------------------------ X

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, please take notice that Plaintiff Michelle Tenzer-Fuchs voluntarily dismisses this action against Defendant D'Addario & Company, Inc.. with prejudice. Voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) is appropriate at this time because Defendant has not yet filed either an answer or motion for summary judgment.

Dated: Forest Hills, New York
          January 17, 2023

                                              Respectfully submitted,

                                              SHALOM LAW, PLLC

So Ordered: /S/                    By: */s/Jonathan Shalom*
   Kiyo A. Matsumoto, USDJ       Jonathan Shalom
      1.17.2023                      105-13 Metropolitan Avenue
                                              Forest Hills, NY 11375
                                              T: (718) 971-9474
                                              E: Jonathan@shalomlawNY.com

                                              *Counsel for Plaintiff*